CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
May 20, 2024
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **THAD GILBERT COOPER,**<br>    Plaintiff, | Civil Action No. 7:24-cv-00174 |
| | **MEMORANDUM OPINION** |
| v. | |
| | By:  Thomas T. Cullen |
| **STAFF OF WRSP, et al.,**<br>    Defendant(s). | United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered April 12, 2024, the court directed plaintiff to submit, within 30 days from the date of the order, the required inmate account form and certified copy of plaintiff's trust fund account statement obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court will dismiss the action without prejudice and strike the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER:  This 20th day of May, 2024.

_____
United States District Judge